# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Jeffrey COLEMAN (xx-xx-1969) and Dwight CLAYTON (xx-xx-1971)<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 21-835M(NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2020-March 16, 2021 in the county of Milwaukee in the Eastern District of Wisconsin, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 usc 841(a)(1), (b)(1)(A), 846 | conspiracy to possess with the intent to distribute 5 kilograms or more |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

MATTHEW COOPER (Affiliate)  Digitally signed by MATTHEW COOPER (Affiliate)
Date: 2021.03.16 15:54:28 -05'00'

*Complainant's signature*

DEA TFO Matthew Cooper
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date: March 16, 2021

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable Nancy Joseph
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## I. AGENT EXPERTISE AND KNOWLEDGE

I, Matthew Cooper, being duly sworn, depose and state as follows:

1. I am employed as a Detective with the Milwaukee Police Department and have been a law enforcement officer for over 23 years. I have been a Detective for over 17 years and have been assigned to conduct narcotics investigations for over 16 years. I was previously assigned to the Vice Control Division (Narcotics) as a Police Officer for over 2 years. I have been assigned to the High Intensity Drug Trafficking Area (HIDTA) for over 12 years. I am also a Task Force Officer with the United States Department of Justice, Drug Enforcement Administration (DEA), and have been since October 2008. As such, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. In connection with my official MPD and DEA duties, I investigate criminal violations of the Federal Controlled Substance laws, including, but not limited to Title 18, United States Code, Sections 1956, and 1957, Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage and importation of controlled substances. I have participated in the execution of multiple federal search warrants.

3. I have received training in the area of narcotics investigations, money laundering, financial investigations and various methods which drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises. I have participated in numerous investigations involving violations of State and Federal Narcotics Laws. I have participated or assisted in numerous Federal and State search warrants for narcotic related offenses which have resulted in the seizure of

United States Currency, vehicles, real estate and jewelry from individuals involved in narcotic trafficking.

**BACKGROUND AND SUMMARY OF THE INVESTIGATION**

4. I am currently participating in an investigation of a cocaine trafficking organization led by Dwight CLAYTON, hereinafter referred to as the CLAYTON DTO. I am familiar with the facts and circumstances regarding this investigation as a result of my personal participation in this investigation, and my review of: (a) reports prepared by, and information obtained from, other federal, state, and local law enforcement agents and officers, all of whom I believe to be truthful and reliable;[1] and (b) financial records obtained via subpoena. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaints requested and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Sections 841(a)(1),(b)(1)(A) and 846, have been committed, by Dwight CLAYTON, Jeffrey COLEMAN and others not yet identified.

6. Since March 2020, case agents have been conducting an investigation into the drug trafficking and money laundering activities of Dwight CLAYTON in Milwaukee, Wisconsin. A search of Public Access to Court Electronic Records (PACER) records revealed that Dwight CLAYTON and Jeffrey CLAYTON were convicted in Case # 04-CR-66 of Conspiracy to Possess with Intent to Distribute Five Kilograms of Cocaine. CLAYTON was sentenced to 108 months of imprisonment and Jeffrey CLAYTON was sentenced to 240 months imprisonment.

7. On August 20, 2020, the Federal Bureau of Investigation (FBI) National Threat Operations Center received an online tip via tips.fbi.gov regarding potential international drug trafficking and tax evasion. The tip identified Dwight CLAYTON and stated that individuals are using a business called S&C Trucking LLC to hide proceeds in Milwaukee, Wisconsin. The tip identified the

---

[1] Throughout this affidavit, reference will be made to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation.

owner of S&C Trucking LLC, 1918 East Lafayette Place #309, Milwaukee, Wisconsin, as being involved in drug trafficking and identified the owner as Dwight CLAYTON. The tip stated that the business is registered "with the DOT under a different address which is a home." The tipster further reported that CLAYTON had been sent to prison for federal drug charges in the past.

8. A search of Wisconsin Department of Financial Institutions records revealed that Dwight CLAYTON is the registered agent of S&C Trucking LLC. The LLC address listed for the business is **9736 West Tower Avenue, Milwaukee, Wisconsin**. Case agents have conducted surveillance at this location on several occasions and have never seen a person or vehicle, other than Dwight CLAYTON, come or go from the residence. Additionally, cameras are mounted on all sides of the exterior of the residence and all of the window blinds are closed. I am aware, based on my training and experience, that drug traffickers frequently maintain "stash" houses which are residences used to store drugs prior to distribution and/or to store proceeds of drug sales after distribution. These residences typically have little vehicle or pedestrian traffic so as to avoid drawing attention to the house. Additionally, cameras are often mounted to the exterior of "stash" houses to allow the drug trafficker to observe if the residence is being approached by Police or rival drug traffickers.

9. On September 10, 2020, Officers with the Milwaukee Police Department executed a narcotics search warrant at 3365 North 53rd Street, Milwaukee, Wisconsin. During entry to the residence, Kyle Collins was observed diving out of a bathroom with his hands and arms wet and slimy. A quantity of cocaine was located inside the toilet and on the floor of the toilet and it was believed Kyle Collins had flushed an unknown quantity of cocaine down the toilet. During the search of the residence, Officers located 15.523 grams cocaine base, 181.10 grams marijuana, 0.6 grams amphetamines, $12,041 in United States currency, and approximately $40,000 worth of jewelry. COLLINS was arrested.

10. While Officers were on scene, the owner of 3365 North 53rd Street arrived and identified himself as Dwight CLAYTON of **9736 West Tower Avenue, Milwaukee, Wisconsin.** CLAYTON also provided his phone number of (414) 469-6235. CLAYTON advised that he has owned the property

at 3365 North 53rd Street since January of 2019 and has rented the residence to "Kimberly Jefferson" since February of 2019. CLAYTON stated that he does not have any formal rental agreement with Jefferson and has never seen an ID for her. He also advised that he has spoken to Jefferson on the phone before but that he didn't currently know her phone number. Clayton stated that he basically rented the home to her because she was a friend of a friend. When showed a picture of Kyle Collins, CLAYTON stated that he did recognize him but didn't know his name. CLAYTON also advised that Kyle Collins has paid him rent before on behalf of Jefferson and did so as recently as the previous week, for the month of September. CLAYTON stated that when he came to the residence to collect the rent, Kyle Collins handed him $1,300.00 at the front door of the residence. CLAYTON also stated that he did not issue a receipt at that time. After the interview ended, CLAYTON did advise officers to have the City of Milwaukee board up the front door to his residence. No further information was provided at that time.

11. On October 20, 2020, Texas Department of Public Safety investigators were conducting surveillance at a suspicious business in Pharr, Texas. Investigators observed an open overhead garage door at the business warehouse and observed a pallet containing several boxes sitting next to a pickup truck in the business. The rest of the warehouse appeared to be empty. A short time later, a truck belonging to Estes Express Lines arrived, loaded the pallet onto a truck, and left the business. Investigators maintained surveillance until the truck arrived at the Estes Express Lines property. Investigators subsequently approached the employees of the company and inquired about the pallet. Investigators were provided with the bill of lading related to the shipment. The bill of lading indicated that the pallet contained 492 pounds of optical cable and was being shipped from Dixie Cable, 2003 North Veterans Boulevard, Suite 18, Pharr, Texas 78577 to Raul Gallegos, 1850 North Doctor Martin Luther King Jr. Drive #210, Milwaukee, Wisconsin 53212. The shipper name was listed as Carlos Trevino with phone number (956) 996-2424. The recipient was listed as Raul Gallegos with phone number (657) 261-1934. Investigators conducted a K-9 sniff of the pallet and received a positive alert for the presence of controlled substances. A subsequent search of the pallet revealed approximately 61

kilograms of cocaine concealed within the boxes on the pallet.

12. Shipping records revealed that three prior shipments had been sent from Pharr, Texas to 1850 North Doctor Martin Luther King Jr. Drive #210, Milwaukee, Wisconsin 53212. Two of those shipments had been picked up at the shipping company, on August 28, 2020, and September 25, 2020. Telephone records later revealed that Dwight CLAYTON, using (414) 469-6235, was in phone contact with (657) 261-1934, the number listed above for Raul Gallegos, on August 27, 2020. The third shipment had been delivered on August 14, 2020, to 1850 North Doctor Martin Luther King Jr. Drive #210, Milwaukee, Wisconsin 53212. Case agents obtained surveillance video which showed that on August 14, 2020, Dwight CLAYTON arrived at the side of the business at 1850 North Martin Luther King Jr. Drive, driving a black Dodge Ram 2500 pickup. The bed of the pickup was empty upon his arrival. A short time later, a box truck driven by the shipping contractor arrived and parked on the side of the business. CLAYTON was observed positioning the Dodge Ram near the shipping company vehicle. A short time later, CLAYTON drove away from the area. The bed of the Dodge Ram now contained what appeared to be a shipping pallet. This pallet was similar in appearance to the pallet seized in Pharr, Texas on October 20, 2020.

13. On January 27, 2020, at approximately 7:00 p.m., case agents monitoring a court-authorized GPS tracking device on the black Dodge Ram used by CLAYTON noticed CLAYTON was travelling south in the direction of Milwaukee's General Mitchell International Airport. At approximately 7:15 p.m., at the request of case agents, a Milwaukee County Sheriff's Office Deputy conducted a traffic stop of the black Dodge Ram for speeding and unsafe lane deviation. The Deputy decided to tow the vehicle due to an equipment violation. During an inventory search, the Deputy located a black backpack containing a large amount of United States currency, later determined to be $149,980. After discovering the backpack, CLAYTON consented to a search of the rest of the vehicle. Nothing additional of evidentiary value was located. The Deputy asked CLAYTON how much money was in the backpack. CLAYTON responded that he didn't know and told the Deputy that he owned a trucking

business and the money was from his business. Case agents believe the currency was proceeds of drug trafficking and the currency was seized.

14. On March 16, 2021, at 7:58 a.m., case agents were monitoring a remote surveillance camera at 5270 West Clinton Avenue, Milwaukee, Wisconsin. This is the location where Dwight CLAYTON stores several dump trucks belonging to S&C Trucking. Dwight CLAYTON was observed in the driver's seat of the **silver 2015 Kia Optima, bearing Wisconsin license plates ACV-2064, VIN: 5XXGM4A78FG450704, (Subject Vehicle)** A male, later identified as Jeffrey COLEMAN, was seated in the driver's seat of a black Dodge Ram 3500, bearing Wisconsin Apportioned license plate 72299X, which was next to the **Subject Vehicle**. At 8:00 a.m., a white Ford van, bearing Iowa license plate JZC558, is seen driving west on West Clinton Avenue. At the same time, Dwight CLAYTON and Jeffrey COLEMAN exit their vehicles and walk toward the back of COLEMAN's truck. Case agents observed that the white Ford van was now backed up to the bed of COLEMAN's truck. COLEMAN and an unidentified male loaded a pallet wrapped in shrink wrap from the van into COLEMAN's truck. COLEMAN, CLAYTON, and the unidentified male re-entered their vehicles and quickly departed the area. Based on the observations made on camera and the investigation to date, case agents believe the pallet contained a quantity of narcotics.

15. On February 24, 2021, the Honorable Stephen C. Dries, United States Magistrate Judge in the Eastern District of Wisconsin, signed a tracking warrant for the **Subject Vehicle**. Case agents monitored the court-authorized GPS tracker installed on the **Subject Vehicle** and observed that the vehicle drove directly from 5270 West Clinton Avenue to **9736 West Tower Avenue, Milwaukee, Wisconsin**. Case agents went to that location and observed the black Dodge Ram 3500, bearing Wisconsin Apportioned license plate 72299X, backed into the driveway at that location. The tailgate of the truck was lowered and the bed was empty.

16. On March 16, 2021 at approximately 9:40 a.m., Jeffrey COLEMAN was observed in the Dodge Ram 3500, bearing Wisconsin Apportioned license plate 72299X. The vehicle was followed

until a traffic stop was conducted for failure to display a rear license plate. Jeffrey COLEMAN was removed from the vehicle. An inventory search was conducted of the vehicle which revealed 10 kilogram-sized packages of suspected narcotics in a tool box inside the vehicle. The suspected narcotics were submitted to a field test and tested positive for cocaine. The vehicle was subsequently towed. A short time later, Dwight CLAYTON exited the residence and entered the **Subject Vehicle**. Case agents cleared **9736 West Tower Avenue, Milwaukee, Wisconsin** for any confederates who may have concealed themselves inside the residence in order to destroy evidence or arm themselves. No one else was located in the residence. While clearing the garage, case agents observed the pallet that was seen being loaded into COLEMAN's truck in the garage of the residence.